United States District Court
For The District of Boston Mass.
Boston Division
Case Number, _____

| United States of America | Motion For Judicial |
| vs | Protection Against |
| ALFREDO SATO AUITIA | Acts, Persons, Places |
| Defendant | And Things That |
| And All Matters, Etc. | Violated The Funda- |
| Relating Thereto | mental And Or Other |
| | Rights Or Priviledges |
| | of The Defendant |

Comes Now, ALFREDO SATO AUITIA Prison Number 47835-080, defendant in the above entitled cause, movant herein, who pros respectfully moves the court for judicial protections against, acts, persons, places, or things that violated movants funda- -amental and or other rights or priviledges,

(1)

The United States Magistrate, had insufficent or no legal evidence or testimony nor statements which proved all related in the statement of the offense on the arrest warrant against movant in the instant case aforsaid, Therefore the arrest warrant is and was illegally obtained and falsely assuse and falsely charged movant ...

alledged violation of law stated in the statement of the offense on the arrest warrant.

2

The alledged victim and witnesses was not advised of their rights and priviledges nor movants, prior to being allowed to make statements and testify against movant for the purpose of obtaining the arrest warrant and a conviction against movant. Therefore their statements and testimony could not legally be used to the prejudice of movant for any purpose.

3

Movant was not afforded his rights to reply to and make corrections in inaccurate and or offensive statements of the alledged victim and witnesses and the Magistrate as related on the arrest warrant. Therefore movants rights and priviledges is and was violated thereby and relating thereto as is known by this court, now. Nor as to statements or confessions made by movant without legal assistence not provided nor legally waived for any reason or purpose at at any time as is evident and proof thereof of court records or records relating thereto.

4

The statement of the offense on the arrest

warrant was stated based on illegal evidence or illegal statements or illegal confessions or false or perjured statements or statements not proven to be not false nor perjured prior to same being used to obtain the arrest warrant and state the offense thereon as stated thereon.

5

The Magistrate had insufficient or no legal proof that movant had prior knowledge of the law alledged violated nor proof that movant understood said law, etc relating thereto as stated in the law books, therefore the Magistrate could not legally state the offense in the arrest warrant the way the Magistrate did state it, falsely accusing and falsely charging movant thereby and relating thereto.

6

The Magistrate did not have sufficient or no legal proof that movant was sane at the time he alledgely did the acts stated in the statement of the offense on the warrant for arrest in the instant case.

7

The Magistrate had insufficient or no legal proof that movant was not on drugs or medicent or acohole at the time movant alledgely did the acts stated in the statement

of the offense in the arrest warrant an the way alledge done by movant.

8

The Magistrate had insufficient or no legal proof that movant had an intent to violate the law alledged violated, at the time and way alledged violated.

9

The Magistrate had no legal proof that movant wilfully, deliberatly ans knowingly did violate the law alledge violated the way alledged violated.

10

The right to presumption of innonce ans reasonable doubt must be adjudged in favor of the movant herein.

Wherefore the Court is respectfully moved to Order the arrest warrant in the instant case, illegally obtained and same falsely accuses and falsely charges movant. For which movant must be paid because of the violations of his rights and priviledg, ans he must be aforded his full rights again and Lawfully released.
Signed, ALFREDO SATO Aut.A Prison Number 47825-080, Movant Herein, 4-20-04. The Court will have to make and serve all required copies of this motion. For Movant can not do so himself pro se.
Signed, ALFREDO SATO  Prison N. 47835-080