United States District Court
For The District of Boston Mass.
Case Number _____

| | |
|---|---|
| United States of America<br>vs<br>ALFREDO SATO AUTIA<br>Defendant | Motion For Judicial Protection Against, Acts, Places, Persons, Things, That Violated Fundamental and or other Rights or Priviledges of Defendant |

Comes Now, ALFREDO SATO AUTIA, Prison Number, 47825-090, defendant in the above cause, movant herein, who himself pro se respectfully move the court for judicial protection against, acts, persons, places, and or things, that violated the fundament and or other rights or priviledges of movant as related herein.

(1)

The Grand Jury of the instant case of movant, had insufficient or no legal evidence, statements, Testimony, to prove the statement of the offense in the bill of indictment nor the matters alledged therein. Therefore the indictment was illegally obtained.

(2)

The Grand Jury used, evidence, statements or Testimony to state the offense in the bill of indictment which was not prior thereto adjudged legal and valid and not violative of the defendants rights or priviledges. Therefore same

could not be legally used to state the offense in the indictment nor proof of the statement of offense nor the matters alledged in the statement of offense in the indictment.

3

The statement of the offense in the indictment and the matters thereof was based on perjuries or false testimony or statements, or statements or testimony not proven not to be false or perjuried prior to being used to the prejudice of the defendant.

4

The Grand Jury had insufficient or no legal proof that movant did the acts alledged in the indictment, the way alledged in the indictment. Nor did the Grand Jury have sufficient evidence, statements, information, testimony, to legally prove that movant was sane at the time and way he alledgely did the acts, Nor that he did the acts knowing same constituted a violation of the law alledges violated Nor that movant had the intent to violate said law at the time and way he alledgely did the acts state in the indictment. Nor that movant did the acts for the purpose of violating the law alledged violated as stated in the statement of the offense in the indictment. Nor that Movant Knowingly violated said law at the time and way alledged in the indictment. Nor that movant was sane at the time and way he alledgely did the acts stated in the statement

of the offense in the indictment.

5

The Grand Jury stated the offense in the indictment the way stated therein merily because that was the way the law required it to be stated, not because it had legal and valid, evidence, testimony, infromation, etc. to state the offense that way based on same.

6

By law movant is and was presumed to have been innonce until proven to be guilty. This right attached prior to the Grand Jury Processes Investigations and Hearing. Movant had to be Legally proven to be ghuilty in order to obtain and return the indictment. Without Legal Proof thereof, Movant was presumed to be guilty upon the statement of the offense in the bill of indictment and upon the return of the indictment, which was illegally obtained and did not vest the court with legal jurisdiction of the case nor of the person of movant.

7

Movant was legally innonce for he could not have been legally proven to have been guilty. Movant is a Laymenat Law and has has no training in law and was not required to have received training in law, by the Laws and constitution and human rights, of the United States and the states thereof.

In all degree's of wisdom, there is some ignorence. And in all the

degrees of ignorance, there is some wisdom. Movants degree of ignorance of the law is justified because the laws did not require movant to go to law schools and learn the law and did not teach law in the public schools and the law did not require movant to be though law at home nor anywhere else. In fact movant like all americans or most americans are ignorant of the laws as to what same is as related in the law books, etc..

Persons trained in law, judges, etc. do not always know the laws, that is why they have to do legal research, etc. and that is why they went to law schools, etc..

Christ said On The Cross "Forgive Them" "O" Hevenly Father For They Know Not What They Do. This as applied, can and must Legally be applied many ways, on case by case bases, etc. as to others.

The Courts, and Governmental Employees are Like Guarding Angels of Laws, Rights and Priviledges, Romans 13, Corinthains 1 ch 11 V3, Iss. 66-1,2,3. Darkness... ignorance.

The Loard is thy Shapard, Shapardizing Laws and Marshaling Facts, as attorney, judges Justice and Prosecutors do.

When movant was sentenced the court did not order that movant be though what he did wrong, what he though he did right and had a right to do. Unless Movant

is thought, what is the purpose of the Prison System if it is not required to Rehibilate movant, which means, restore to the original condistion. How can the Courts heal movant, if the courts dose not order movant to be though the law and right from wrong as related in the law books etc.? What purpose is a prison to a person who was or has been, heal, rehibilitated, though what he did wrong, that he though he did right and though he has a right to do? The aforsaid as applied in law, etc. must be done pre and post charge, etc. If done pre charge, there could be no bases for a legal charge, for the accused did not Wilfully, deliberty, and Knowingly violate the law alledged violated by doing the acts the way done or alledged. Apply the aforsaid, In all America there would not be 100 prisoner's left in prisons, jails, etc., Nor could a legal arrest warrant and indistment be obtained.

The Writter and Relater Herein is, Joseph Marion Head Junior, 17549-056, who is writing and relating without payment therefore by the movant, And Is doing so, in an effort to improve the laws and systems, rights and priviledges and for whatever payment the Court orders him to be paid legally from who or what as ordered by the court.

Wherefore, movant respectfully moves the court to,

1- Grant This Motion As Presented By Laymens And Appoint an Attorney At Law To Represent Same to further provide movant Judicial Protection, etc. Authorized, Required, Entitled, Demanded, By The Laws and constitutions of The United States and The States Thereof.

2- Order or Cause To Be Ordered, The Maximum Relief And Release, Authorized By Law, In This Matter, to exclude compensations.

3- Order compensations also be legally paid to inmate Joseph Marion Head Junior, Prison Number 17549-056, related herein as The Writer and Relator Hereof for the reasons related and stated herein.

Respectfully Presented on this the 20th. day of April, 2004.
Signed ALFREDO SATO AUTIA  Prison Number 47825-080
N-5, Fed. Med. Center, Devens, Mass., Post office Box 879 Ayers, Mass. 01432.
The Court will have to make and serve all required copies of this Motion. Movant is unable to do so, himself.
Signed ALFREDO SATO AUTIA  Prison No. 47825-080
April 20th, 2004