FORM TO BE USED BY FEDERAL PRISONER IN FILING A PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF Boston Mass

FILED IN CLERKS OFFICE
2004 APR 26 P 2:41
U.S. DISTRICT COURT

ALFRED J SATO AUSTIN
_____
Petitioner
N-5-7, M.C. Devens
Post office Box 879
Ayers, Mass, 01432

Appoint Counsel Hereto,
18 U.S.C. 3006A

(Full name under which you were convicted;
prison number; and full mailing address.)

04-40062

CIVIL ACTION NO. _____

Vs. U.S.A. and
David L Winn - Warden
_____
Respondent
Post office Box 880
Ayers, Mass. 01432

(Name of Warden or other authorized person
having custody of petitioner.)

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT.
ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (Check appropriate blank.)

[✓] a conviction

[✓] a sentence (CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.)

[ ] jail or prison conditions

[ ] prison discipline

[ ] a parole problem
[✓] other.   State briefly:

Illegal Indictment and Arrest Warrant, Court Has no legal jurisdiction of the case nor of Petitioner.

2. Place of detention: _Fed. Med. Center Devens - P.O. Box 879 Ayers, Mass. 01432_

3. Have you filed previous petitions for habeas corpus, motions under 28:2255, or any other applications, petitions or motions with respect to this conviction?

   [N/A] Yes   [N/A] No   _See Each Courts, Ct. Rec._

   If your answer above is "Yes," give the following information:

   a. Name of Court: _See Ea. Ct.s, Ct. Rec._

   b. Nature of Proceeding: _See Ea. Ct.s, Ct. Rec._

   c. Grounds raised:

   _See Ea. Ct.s, Ct. Rec._

   d. Result: _See Ea. Ct.s, Ct. Rec._

   e. Date of Result: _See Ea. Ct.s, Ct. Rec._

   f. Citation or number of any written opinion or order entered pursuant to each such disposition:

   _See Ea. Ct.s, Ct. Rec._

4. If you did not file a motion under Section 2255 of Title 28, U.S.C., or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: _See Ea. Ct.s Ct. Rec._

5. Are you presently represented by counsel? [ ] Yes [✓] No

   If so, name, address and phone number of counsel: _Appoint Counsel Hereto and for any appeal, etc., Hueto_

2

Note: If you appealed more than once, attach an additional sheet of the same size and give all the information requested above in question No. 13, a through e. Do not write on the reverse of pages.

14. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: *Final Sentencing Through A Miscarriage of Justice, Based On The Court Records*

Supporting FACTS: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts, not conclusions, in support of your grounds. A rule of thumb to follow is – who did exactly what to violate your rights at what time or place.)

The Sentence Imposed Is Not Based On A Legal And Valid Conviction: Petitioner Agreed To Plead Guilty For A Lesser Sentence, Not For The Sentence Imposed. Therefore The Guilty Plea Was Illegally Obtained Because Of The Greater Sentence Imposed. Had petitioner been sentenced to the amount agreed on, the Guilty Plea Still would have been illegally obtained, For Petitioner was allowed to plead guilty to escape justice in a Greater Sentence, Not Because He was legally guilty.

b. Ground two: *The Warrant For Arrest And Bill Of Indictment was illegally obtained, Therefore Sentence Illegal.*

Supporting FACTS: The Magistrate and Grand Jury, Both had insufficient or no legal evidence or proof to state the offense as was stated in the warrant for arrest and bill of indictment nor as legal proof of what was said and alledged in said statement of the offense, Nor as to Willfull, Deliberate, Knowingly as stated in the statement of the offenses.

c. Ground three: *Sentence Illegal Because of Ineffective assistence of counsel prior to and for the plea and sentencing and failed to advise petitioner of his rights to appeal, habeas corpus, 28 U.S.C. 2255 & 2244 remidies.*

"Petitioner Plead Guilty To Get A Lesser Sentence"

**Supporting FACTS:** Was Petitioner Kidnaped by Judicial Processes or Relating Thereto? See all prison and court Records and all medical and mental Records of and Relating To The Petitioner, from date of his birth Forward.

15. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Maximum Compensation In The Case of Final Sentencing Through a Miscarriage of Justice and for all time petitioner was in custody and incarcerated, Dismissal of All Charges With Prejudice, United States of America Prosecute Petitioners Kidnapers. Order Petitioners Lawful Court Release and all his rights be reinstated to him by a court order to that effect.

Signed this _____ day of _____, 20____.
  Day              Month              Year

ALFRED SATO
Signature of Petitioner

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on 4/19/04
  (Date)

The Court Will Have To Make and Serve all copies of this Petition, Required By Law To Be Made and Served, Petitioner is unable to do same himself.

ALFREDO SATO
Signature of Petitioner

5