United States District Court
District of Massachusetts

Alfredo Sato Avitia
Petitioner

vs

United States of America
Respondent

C.A. No. 04-40062-WGY

FILED
CLERKS OFFICE
2004 JUN 10 A 11: 57
U.S. DISTRICT COURT
DISTRICT OF MASS

Objections And Exceptions And Notice of Appeal In Forma Pauperis, 18 U.S.C. 1201 By Judicial Processes And Relating Thereto.

Now Comes, Alfredo Sato Avitia, petitioner in the above case, who pro se respectfully objects and makes exceptions to the Order of William G. Young alledged United States District Judge, dated 3rd. June 2004, and hereby gives Notice of appeal to the Court of Appeals of legal jurisdiction, from said order aforesaid. And futher moves the court to Appoint counsel for this appeal, 18 U.S.C. 3006A, etc laws as applies.

If Counsel is denied, the appeal courts hear the case on the records and order all relief and release required, etc. by law and right.

/S/ ALFREDO SATO AVITIA  June 7th 2004