04-40062
Judge Young
USDC MA

# United States Court of Appeals
## For the First Circuit

No. 04-1827

ALFREDO SATO-AVITIA,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA, DAVID L. WINN

Respondents, Appellees.

Before

Selya, Lynch, and Lipez, <u>Circuit Judges</u>.

JUDGMENT

Entered: July 28, 2005

Substantially for the reasons discussed in the district court's order of dismissal, dated June 3, 2004, the government's motion for summary disposition is <u>granted</u> and the judgment is <u>affirmed</u>.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

Date: 9/19/05

By the Court:

Richard Cushing Donovan, Clerk.

**JULIE GREGG**

By:_____
Operations Manager.

[cc: Alfredo Sato Avitia, Dian Michael Chaitowitz, AUSA, Michael Sullivan, USA]